WILLIAM J. GEDDES
Nevada Bar No. 6984
THE GEDDES LAW FIRM, P.C.
8600 Technology Way, Suite 107
Reno, Nevada 89521
Phone: (775) 853-9455
Fax: (775) 299-5337
Email: Will@TheGeddesLawFirm.com
*Attorneys for Plaintiff Toni Leal-Olsen*

RAELENE K. PALMER
Nevada Bar No. 8602
GALLIAN WELKER & BECKSTROM, L.C.
540 E. St. Louis Avenue
Las Vegas, Nevada 89104
Phone: (702) 892-3500
Fax: (702) 386-1946
Email: rpalmer@vegascase.com
*Attorneys for Plaintiff Toni Leal-Olsen*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TONI LEAL-OLSEN, an individual; and MARCI MARGRITIER, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>WASHOE COUNTY, a political subdivision of the State of Nevada; *et al*.<br><br>Defendants. | CASE NO: 3:17-cv-00437<br><br>**STIPULATION AND ORDER TO EXTEND AND TOLL ALL DEADLINES TO FILE FIRST AMENDED COMPLAINT** |

COME NOW Plaintiffs Toni Leal-Olsen ("Plaintiff Leal-Olsen") and Marci Margritier ("Plaintiff Margritier"), by and through their counsel, William J. Geddes, Esq. of the law firm The Geddes Law Firm, P.C. and Raelene K. Palmer, Esq. of the law firm Gallian Welker & Beckstrom, L.C., and Defendant Washoe County ("Defendant"), by and through its counsel, Mary Kandaras, Deputy District Attorney, of the Washoe County District Attorney's Office, and herein file their *Stipulation and Order to Extend and Toll All Deadlines to File First Amended Complaint*.

///

///

1

# I.

# STIPULATION

**A. <u>RECITALS</u>**

WHEREAS: On May 24, 2018, Plaintiff Leal-Olsen sought leave to amend the Complaint (*Motion*, ECF 27), and on June 7, 2018, Defendant filed a non-opposition thereto (*Non-Opposition*, ECF 29); after which, the Court granted the *Motion* and ordered Plaintiff to file the First Amended Complaint ("FAC") within five days of its *Order*, by June 15, 2018 (*Order*, ECF 30);

WHEREAS: The *FAC* does not name Plaintiff Margritier in the action, because Plaintiff Margritier entered into a settlement agreement ("Agreement") on February 21, 2018, which was assented to by Washoe County officials on February 27, 2018;

WHEREAS: As part of the Agreement, Defendant agreed to contribute and did contribute an agreed-upon sum to the Public Employees' Retirement System ("PERS"), the intent of which was to increase Plaintiff Margritier's three highest years of pay in the PERS for retirement benefit purposes;

WHEREAS: The parties have delayed filing a stipulation for dismissal of Plaintiff Margritier's claims, pending confirmation and payment from the PERS of the increased amount of Plaintiff Margritier's monthly, retirement benefit, which confirmation the parties anticipated receiving in early June 2018, having followed Defendant's first-calendar-quarter-2018 contribution to PERS;

WHEREAS: The parties were informed by a PERS employee on this date, June 8, 2018, that the PERS could take between six months and twenty-four months to confirm Plaintiff Margritier's retirement-benefit calculation and to begin paying her at that higher rate;

WHEREAS: The parties' counselors contacted the PERS's attorney, Chris Nielsen, today, June 8, 2018, to seek an expedited retirement-benefit calculation and prompt payment from the PERS, and Defendant's counsel, Mary Kandaras received a message from Mr. Nielsen stating that he is on medical leave until at least June 18, 2018, but that he will work with the parties towards an expeditious resolution upon his return; and

WHEREAS: The parties wish to extend and toll all deadlines to file the *FAC* for a period of three weeks beyond the date previously ordered by the Court, to exhaust efforts to obtain confirmation of the benefit calculation and timely payment, prior to filing the *FAC*, because the effect of which will

remove Plaintiff Margritier from this action.

**B.** **STIPULATION**

THEREFORE, the parties jointly petition the Court to amend its June 7, 2018 *Order* (*Order*, ECF 30), by extending and tolling all deadlines to file the *FAC* to July 6, 2018.

This request for amendment is not offered for any dilatory or improper purpose.

Dated this 8th day of June 2018　　　　　　GALLIAN WELKER & BECKSTROM, L.C.

*[signature]*

_____
RAELENE K. PALMER
Nevada Bar No. 8602
540 E. St. Louis Avenue
Las Vegas, Nevada 89104
Phone: (702) 892-3500
*Attorneys for Plaintiff Toni Leal-Olsen and Marci Margritier*

Dated this 8th day of June 2018　　　　　　THE GEDDES LAW FIRM, P.C.

*Electronic Signature Authorized*
/s/
_____
WILLIAM J. GEDDES
Nevada Bar Number 6984
The Geddes Law Firm, P.C.
8600 Technology Way, Suite 115
Reno, Nevada 89521
(775) 853-9455
*Attorneys for Plaintiff Toni Leal-Olsen and Marci Margritier*

Dated this 8th day of June 2018　　　　　　CHRISTOPHER J. HICKS
　　　　　　　　　　　　　　　　　　　　　　Washoe County District Attorney


*Electronic Signature Authorized*
/s/
_____
MARY KANDARAS
Deputy District Attorney
Washoe County District Attorney's Office
Nevada Bar Number 3974
P.O. Box 11130
Reno, Nevada 89520-0027
(775) 337-5700
*Attorneys for Washoe County*

3

## II.
## ORDER

THE COURT, having considered the preceding Stipulation and GOOD CAUSE appearing therefor, GRANTS the Stipulation.

Dated: June 11, 2018    IT IS SO ORDERED

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE