1  CHRISTOPHER J. HICKS
   Washoe County District Attorney
2
   MARY KANDARAS
3  Deputy District Attorney
   Nevada State Bar Number 3974
4  STEPHAN J. HOLLANDSWORTH
   Deputy District Attorney
5  Nevada State Bar 10085
   P.O. Box 11130
6  Reno, NV  89520-0027
   (775) 337-5700
7  ATTORNEYS FOR WASHOE COUNTY

8                    UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10                             * * *

11  TONI LEAL-OLSEN, an individual; and
    MARCI MARGRITIER, an individual,
12                                            Case No.  3:17-cv-00437-MMD-WGC
           Plaintiff,
13
       vs.                                    **STIPULATION TO DISMISS**
14
    WASHOE COUNTY, a political subdivision
15  of the State of Nevada; DOE
    GOVERNMENTAL ENTITIES 1-10; DOE
16  BUSINESS ENTITIES 1-10;  and DOE 1-50,

17         Defendants.
                                         /
18

19       Defendant Washoe County and Plaintiff Marci Margritier, through their undersigned

20  counsel, stipulate to dismiss all claims with prejudice, as to Plaintiff Marci Margritier only,

21  pursuant to a settlement agreement reached by the parties.  This stipulation does not affect any

22  claims filed by co-Plaintiff Toni Leal-Olsen, whose claims shall remain in full effect in the above-

23  captioned matter.

24  ///

25  ///

26  ///

-1-

Each party shall bear its own attorney's fees and cost unless otherwise provided in the settlement agreement.

CHRISTOPHER J. HICKS
Washoe County District Attorney

*Electronic Signature Authorized*

Dated June 28, 2018       By   /s/ Mary Kandaras
                               MARY KANDARAS
                               Deputy District Attorney

ATTORNEYS FOR WASHOE COUNTY

CHRISTOPHER J. HICKS
Washoe County District Attorney

*Electronic Signature Authorized*

Dated June 28, 2018       By   /s/ Stephan Hollandsworth
                               STEPHAN HOLLANDSWORTH
                               Deputy District Attorney

ATTORNEYS FOR WASHOE COUNTY

Dated June 28, 2018       By   [signature]
                               WILLIAM GEDDES, ESQ.

ATTORNEY FOR MARCI MARGRITIER

*Electronic Signature Authorized*

Dated June 28, 2018       By   /s/ Raelene Palmer
                               RAELENE PALMER, ESQ.

ATTORNEY FOR MARCI MARGRITIER

## **ORDER**

IT IS SO ORDERED this 29th day of June, 2018.

[signature]
**UNITED STATES DISTRICT COURT JUDGE**