CHRISTOPHER J. HICKS
Washoe County District Attorney

MARY KANDARAS
Deputy District Attorney
Nevada State Bar Number 3974
STEPHAN J. HOLLANDSWORTH
Deputy District Attorney
Nevada State Bar 10085
One South Sierra Street
Reno, NV 89501
(775) 337-5700
ATTORNEYS FOR WASHOE COUNTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TONI LEAL-OLSEN, an individual, | |
| Plaintiff, | Case No. 3:17-cv-00437-MMD-WGC |
| vs. | JOINT STATUS REPORT |
| WASHOE COUNTY, a political subdivision of the State of Nevada; DOE GOVERNMENTAL ENTITIES 1-10; DOE BUSINESS ENTITIES 1-10; and DOE 1-50, | and |
| | **REQUEST TO EXTEND DEADLINE TO FILE STIPULATION TO DISMISS** |
| Defendants. | |

The parties, through counsel, file this Joint Status Report and Request to Extend the Deadline to File a Stipulation to Dismiss from April 5, 2019 until May 6, 2019.

A. Basis for Request: On March 6, 2019, the parties filed a notice of settlement (ECF No. 46). This Court entered an Order directing the parties to file settlement documents, (*i.e.*, a Stipulation to Dismiss) or a joint status report by April 5, 2019 (ECF No. 47). The parties request an additional 30 days to file a stipulation of dismissal. As part of the negotiated settlement, Washoe County made a payment on March 15, 2019 to Nevada Public Employees Retirement System on behalf of Plaintiff. The parties are waiting for that payment to be credited

//

-1-

to Plaintiff's account to ensure that Plaintiff's retirement benefits are correctly calculated, which is expected to occur promptly and within the next 30 days.

   B.  Stipulation:  The parties request that the deadline to file the Stipulation to Dismiss be extended from April 5, 2019 to May 6, 2019.

CHRISTOPHER J. HICKS
Washoe County District Attorney

Dated  April 5, 2019              By  /s/ Mary Kandaras
                                   MARY KANDARAS
                                   Deputy District Attorney

                                 ATTORNEYS FOR WASHOE COUNTY

CHRISTOPHER J. HICKS
Washoe County District Attorney

Dated  April 5, 2019              By  /s/ Stephan J. Hollandsworth
                                   STEPHAN J. HOLLANDSWORTH
                                   Deputy District Attorney

                                 ATTORNEYS FOR WASHOE COUNTY

Dated  April 5, 2019              By  /s/ William Geddes
                                   WILLIAM GEDDES, ESQ.

                                 ATTORNEY FOR TONI LEAL-OLSEN

Dated  April 5, 2019              By  /s/ Raelene Palmer
                                   RAELENE PALMER, ESQ.

                                 ATTORNEY FOR TONI LEAL-OLSEN

   **IT IS SO ORDERED.**

   DATED:  April 9, 2019


                                 _____
                                 UNITED STATES DISTRICT JUDGE