1 | WILLIAM J. GEDDES
Nevada Bar No. 6984
2 | THE GEDDES LAW FIRM, P.C.
8600 Technology Way, Suite 107
3 | Reno, Nevada 89521
Phone: (775) 853-9455
4 | Fax: (775) 299-5337
Email: Will@TheGeddesLawFirm.com
5 | *Attorneys for Plaintiff Toni Leal-Olsen*

6 | RAELENE K. PALMER
Nevada Bar No. 8602
7 | GALLIAN WELKER & BECKSTROM, L.C.
540 E. St. Louis Avenue
8 | Las Vegas, Nevada 89104
Phone: (702) 892-3500
9 | Fax: (702) 386-1946
Email: rpalmer@vegascase.com
10 | *Attorneys for Plaintiff Toni Leal-Olsen*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

TONI LEAL-OLSEN, an individual; and
MARCI MARGRITIER, an individual,

    Plaintiff,

vs.

WASHOE COUNTY, a political subdivision of the State of Nevada; DOE GOVERNMENTAL ENTITIES 1-10; DOE BUSINESS ENTITIES 1-10; and DOE 1-50,

    Defendants.
_____/

Case No. 3:17-cv-00437-MMD-WGC

**STIPULATION TO DISMISS**

**(Plaintiff Leal-Olsen)**

    Plaintiff TONI LEAL-OLSEN and Defendant WASHOE COUNTY, through their undersigned counsel, stipulate to dismiss all remaining claims in this action with prejudice, as to Plaintiff Toni Leal-Olsen, pursuant to a settlement agreement reached by the parties. With this Stipulation, the entire case of the above-captioned matter shall be dismissed with prejudice as to all parties and claims.

/ / /

Each party shall bear its own attorney's fees and cost unless otherwise provided in the settlement agreement.

                        CHRISTOPHER J. HICKS
                        Washoe County District Attorney

*Electronic Signature Authorized*

Dated May 20, 2019        By  /s/ Mary Kandaras
                                    MARY KANDARAS
                                    Deputy District Attorney

                        ATTORNEYS FOR WASHOE COUNTY

                        CHRISTOPHER J. HICKS
                        Washoe County District Attorney

*Electronic Signature Authorized*

Dated May 20, 2019        By  /s/ Stephan Hollandsworth
                                    STEPHAN HOLLANDSWORTH
                                    Deputy District Attorney

                        ATTORNEYS FOR WASHOE COUNTY

Dated May 20, 2019        By  [signature]
                                    WILLIAM GEDDES, ESQ.

                        ATTORNEY FOR TONI LEAL-OLSEN

*Electronic Signature Authorized*

Dated May 20, 2019

                        By  /s/ Raelene Palmer
                                    RAELENE PALMER, ESQ.

                        ATTORNEY FOR TONI LEAL-OLSEN

                        IT IS SO ORDERED.

Dated: May 20, 2019        [signature]
                                    U.S. District Judge

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the Geddes Law Firm, P.C., and that on **May 20, 2019**, I caused to be served a copy of the foregoing *Stipulation to Dismiss (Plaintiff Leal-Olsen)* by electronic filing with the Court's Pacer e-filing system, addressed to:

Mary Kandaras, Deputy District Attorney
Stephan Hollandsworth, Deputy District Attorney
WASHOE COUNTY DISTRICT ATTORNEY
P.O. Box 11130
Reno, NV 89520-0027
Email: mkandaras@da.washoecounty.us
Email: stephanh@da.washoecounty.us

*Attorneys for Washoe County*

_____
Will Geddes, Esq.
An employee of the Geddes Law Firm, P.C.